# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>CARL E. BINETTE and<br>PETER E. TALBOT,<br>    Defendants. | CIVIL ACTION NO. 3:09-cv-30107-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Securities and Exchange Commission, against the defendants Carl E. Binette and Peter E. Talbot, pursuant to the court's endorsed order entered this date, granting plaintiff's judgment for $615,000 disgorgement, $76,235.28 interest, and $1,845,000 civil penalty.

                                          **SARAH A. THORNTON**,
                                          CLERK OF COURT

Dated: May 18, 2011                  By /s/ *Maurice G. Lindsay*
                                                      Maurice G. Lindsay
                                                      Deputy Clerk

(Civil Judgment (Routine) 2.wpd - 11/98)
    [jgm.]