# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CASE NO. : 3:09-cv-30107-MAP

SECURITIES AND EXCHANGE COMMISSION, )
)
                    Plaintiff, )
)
v. )
)
CARL E. BINETTE and )
PETER E. TALBOT, )
)
                    Defendants. )
)
_____ )

## AMENDED FINAL JUDGMENT

It is hereby **ORDERED AND ADJUDGED** the Final Judgment is entered against Defendants Carl E. Binette and Peter E. Talbot as follows:

## DISGORGEMENT AND CIVIL PENALTY

1. Binette and Talbot shall jointly and severally pay disgorgement $615,000, plus prejudgment interest of $76,235.28, for a total payment of **$691,235.28**.

2. Binette shall pay a civil money penalty of $1,845,000.

3. Talbot shall pay a civil money penalty of $1,845,000

## PAYMENT INSTRUCTIONS

4. Binette and Talbot shall make their respective payments of disgorgement, prejudgment interest, and a civil penalty within fourteen (14) days from the date of this Final Judgment. Payments shall be made to the Clerk of this Court, together with a cover letter identifying Binette and/or Talbot as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Binette and/or Talbot shall simultaneously transmit photocopies

of such payment and letter to: C. Ian Anderson, Senior Trial Counsel, U.S. Securities & Exchange Commission, 801 Brickell Avenue, Ste. 1800, Miami, FL 33131. By making this payment, Binette and/or Talbot relinquish all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to them. Binette and Talbot shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

Dated: July 5, 2011

SARAH A. THORNTON,
CLERK OF COURT

Maurice G. Lindsay
Deputy Clerk